United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,     ) | |
| Plaintiff                                    ) | |
|                                                   ) | |
| v.                                            ) | Criminal Case No. 17-20651-CR-Scola |
|                                                   ) | |
| Jose Bayron Piedrahita-Ceballos, ) | |
| Defendant.                              ) | |

## Order Transferring Case to Fugitive Status

    This matter is before the Court *sua sponte*. A review of the docket sheet in this cause reveals that on September 21, 2017 an indictment was filed against the Defendant. Under the regular procedure for case assignment, this cause was randomly assigned to the undersigned. Since the Defendant has not been arrested, he is transferred to fugitive status.

    **Done and Ordered** at Miami, Florida, on November 1, 2017.

_____
Robert N. Scola, Jr.
United States District Judge

cc: counsel of record