UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20651-Cr-Scola

UNITED STATES OF AMERICA

v.

[1] CHRISTOPHER V. CICCIONE, II,
[2] JOSE BAYRON PIEDRAHITA-CEBALLOS, a/k/a "Cacheton," a/k/a "Montanero,"
[3] JUAN CARLOS VELASCO CANO, a/k/a "Cabezon,"

Defendants.
_____/

**NOTICE & LEAVE TO WITHDRAW NOTICE OF APPEARANCE**

The undersigned will be leaving the service of the U.S. Department of Justice effective

April 13, 2019.

In view of the foregoing, the undersigned respectfully requests that the previously filed

Notice of Appearance of Luke Cass be withdrawn.

Respectfully submitted,

ANNALOU TIROL
Acting Chief
Public Integrity Section

*/s Luke Cass*
Luke Cass
Trial Attorney
U.S. Department of Justice
Criminal Division, Public Integrity Section
1400 New York Avenue, N.W.
Washington, D.C.  20530
Tel: 202-514-1412
Fax: 202-353-3003
Luke.cass@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the defendant.

Dated: April 11, 2019                              <u>/s Luke Cass</u>
                                                   Trial Attorney