UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20651-Cr-Scola

UNITED STATES OF AMERICA

v.

[2] JOSE BAYRON PIEDRAHITA-CEBALLOS, a/k/a "Cacheton," a/k/a "Montanero,"

Defendant.
_____/

## FACTUAL BASIS FOR PLEA

In conjunction with the submission of the accompanying Plea Agreement in this case, the United States of America submits the following statement setting forth the United States' version of the facts leading to the defendant's acceptance of criminal responsibility for his violation of 18 U.S.C. § 371. If this matter had proceeded to trial, the United States would have presented evidence that would have proven beyond a reasonable doubt the following:

Beginning at least as early as on or about February 24, 2010, the exact date being unknown and continuing through on or about October 28, 2011, in the Southern District of Florida and elsewhere, [2] JOSE BAYRON PIEDRAHITA-CEBALLOS, a/k/a "Cacheton," a/k/a "Montanero," the defendant, did knowingly and willfully combine, conspire, confederate, and agree with Homeland Security Investigations (HSI) Special Agent Christopher V. Ciccione, II and Juan Carlos Velasco Cano to: (1) defraud the United States of the honest and faithful services of Ciccione and to interfere with its lawful governmental functions by deceit, craft, and trickery; (2) to knowingly devise and intend to devise a scheme and artifice to defraud and deprive the citizens of the United States of their right the honest services of Ciccione through bribery; and (3) to corruptly influence, obstruct, and impede and endeavor to influence, obstruct, and impede the due

1

administration of justice in *United States v. Blas Antonio Gonzalez, et. al.*, (Indictment #93-470), in the United States District Court for the Southern District of Florida, by using a series of materially false statements, representations, and omissions about the investigation to persuade and attempt to persuade the United States Attorney's Office to dismiss Indictment #93-470.

In 1996, Piedrahita was charged in Indictment #93-470 with narcotics and money laundering related offenses. Indictment #93-470 was one of several indictments resulting from "Operation Cornerstone," an investigation by American federal law enforcement into the criminal activities of the Cali Cartel, a drug trafficking organization. Piedrahita was never arrested on those charges, and remained a fugitive according to American authorities. From on or about February 24, 2010, and continuing through on or about October 28, 2011, Piedrahita admits that he conspired with HSI Special Agent Ciccione and Juan Carlos Velasco to bribe Ciccione to use his official position as a Special Agent with Homeland Security Investigations to cause Indictment #93-470 against the defendant to be dismissed. Piedrahita's associate, Juan Carlos Velasco Cano, facilitated the bribery scheme. Specifically, Velasco regularly kept Piedrahita apprised of Ciccione's efforts to assist Piedrahita, served as an interpreter for Piedrahita and Ciccione, and assisted Piedrahita in arranging a meeting with Ciccione in Bogota, Colombia using interstate wires.

For example, on or about July 16, 2010, Velasco informed Piedrahita that he spoke to Ciccione "last night" to ask about "the thing with my friend" and Ciccione replied that he "already asked" and "we can't go around asking like that because they'll be wondering, 'what's going on?' But it will come through, brother. It will come through. And you'll be the first to know."

On or about October 21, 2010, Velasco told Piedrahita that Ciccione said, "…that once he's done doing this favor for me…he's going to Washington…he told me, 'thank god I can do

something for you two.'" Velasco told Piedrahita that Ciccione said that "'there's a lot of jealousy and they might go screw you guys…you guys have to be smart' because it's not good for him or for us either." Velasco told Piedrahita that Ciccione was "very advantageous for me."

On or about November 24, 2010, Velasco told Piedrahita to email a copy of his Colombian passport to Ciccione for purposes of attempting to gain entry into the United States. On the same date, Piedrahita's assistant, A.G. e-mailed Ciccione a photocopy of Piedrahita's Colombian passport, which included Piedrahita's photograph, full name, birth date, place of birth, and passport number.

Also on or about November 24, 2010, Velasco told Piedrahita that Ciccione was going to be transferred but wanted to help Piedrahita with his "status" and was "fearful" because there are too many "frogs," meaning "snitches." Velasco also told Piedrahita that "[w]e have to pay with another currency," referring to providing Ciccione with payment for his official acts.

On November 28, 2010, Velasco translated what Ciccione told him in English into Spanish for Piedrahita on a three-way conference call. Ciccione told them, "listen, we got a good thing going. I'm just trying to keep any bullshit- remember we talked about people talking shit? I don't know where it's coming from or why, but I'm trying to keep it from causing problems. Cause .. all it does is cause problems." Velasco, in turn, translated what Ciccione said to Piedrahita in Spanish as, "what he doesn't want is for anyone to talk shit because he's going your things, you understand?" "He's telling me he doesn't want anyone interfering or putting the brakes on him because he's taking care of all of your status, man." "So he's pushing now, he doesn't want them to stop him."

3

On or about December 6, 2010, Piedrahita told Velasco, "Tell Chris I'm finishing up coordinating everything. Ok? For the deal tomorrow. That I'm here finishing up coordinating everything. Ok?"

In furtherance of the conspiracy, from December 6, through December 9, of 2010, Piedrahita offered and gave, and Ciccione solicited and accepted, things of value, that is, among other things, a cash bribe of approximately $20,000; an expensive meal at a restaurant in Bogota, Colombia; a party at a Marriott hotel in Bogota, Colombia; liquor; and prepaid prostitutes. To accomplish this, Piedrahita withdrew 15,000,000 Colombian pesos from a local Bogota branch of his bank on December 7, 2010.

In return for these things of value, Ciccione defendant falsified official records, and lied to his supervisors, to the United States Attorney's Office and to other federal officials to cause the United States District Court for the Southern District of Florida to issue an Order dismissing Indictment #93-470 against Piedrahita. Ciccione also took these fraudulent steps in order to obtain official authorization for Piedrahita and his family to enter into the United States. On or about October 25, 2011, Ciccione emailed Velasco a copy of the Order of Dismissal of Indictment #93-470 from his personal email address to advise him that Piedrahita's charges were formally dismissed.

At trial the government would have proven beyond a reasonable doubt that the defendant is guilty as charged in Count One of the Indictment by presenting physical evidence and documentary evidence such as intercepted wire communications, documents, financial records, and testimony.

_____  
Jose Bayron Piedrahita-Ceballos  
Defendant  
Dated: 5/10/19

_____  
Jennifer A. Clarke  
Trial Attorney  
Dated: 5/10/19

_____  
Luis Guerra, Esq.  
Counsel for defendant  
Dated: 5/10/19

5